UNITED STATES DISTRICT COURT
SOUTHEN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| INGRID YEARBY,             ) | |
|     Plaintiff,             ) | |
|                   ) | Case No. 11-cv-81095 |
| v.             ) | |
|             ) | |
| B&T FINANCIAL SERVICES, LLC,   ) | |
|     Defendant.             ) | |

**NOTICE OF SELECTION OF MEDIATOR AND SCHEDULING OF MEDIATION**

    Plaintiff, Ingrid Yearby, and Defendant, B&T Financial Services, LLC, through counsel and pursuant to this Court's Order, give notice that they have selected Kelly Henderson, 1555 Palm Beach Lake Blvd, Suite 600, West Palm Beach, Florida, as the mediator in this case.

The parties give further notice that the mediation will take place on March 14, 2012 at 1:00p.m.

Dated: November 9, 2011        RESPECTFULLY SUBMITTED,

                                      By: */s/ Shireen Hormozdi*

                                      Shireen Hormozdi
                                      Krohn & Moss, Ltd
                                      10474 Santa Monica Blvd. Suite 401
                                      Los Angeles, CA 90025
                                      Tel: (323) 988-2400 x 267
                                      Shormozdi@consumerlawcenter.com
                                      Attorneys for Plaintiff


                                      */s/ Ronald S. Canter*
                                      Ronald S. Canter, Esquire
                                      Bar #335045
                                      11300 Rockville Pike, Suite 1200
                                      Rockville, MD 20852
                                      Telephone: 301-770-7490
                                      Facsimile: 301-770-7493
                                      E-Mail: rcanter@roncanterllc.com
                                      Attorney for Defendant


ORDER SCHEDULING MEDIATION

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2011, I electronically filed the foregoing Notice of Selection of Mediator and Scheduling of Mediation with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

*/s/ Shireen Hormozdi*
Shireen Hormozdi
