**UNITED STATES DISTRICT COURT**
**SOUTHEN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| INGRID YEARBY, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | 9:11-cv-81095-DMM |
| ) | |
| B&T FINANCIAL SERVICES, LLC, ) | |
|     Defendant. ) | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, INGRID YEARBY, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                          RESPECTFULLY SUBMITTED,

                           By: /s/ Shireen Hormozdi
                              Shireen Hormozdi
                              Krohn & Moss, Ltd
                              10474 Santa Monica Blvd., Suite 401
                              Los Angeles, CA 90025
                              Phone: (323) 988-2400 ext. 267
                              Fax:  (866) 802-0021
                              Attorney for Plaintiff
                              FBN: 0882461

## CERTIFICATE OF SERVICE

NOTICE OF SETTLEMENT

I hereby certify that on February 3, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to the following email for Attorney Ronald Canter:

rcanter@roncanterllc.com

/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff