UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-81095-CIV-DMM

INGRID YEARBY,

    Plaintiff,

v.

B&T FINANCIAL SERVICES, LLC,

    Defendant.
_____/



## ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE comes before the Court upon the parties' Stipulation of Dismissal Without Prejudice (DE 25) filed on February 17, 2012. Federal Rule of Civil Procedure 41(a) indicates that a plaintiff may voluntarily dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(ii). The Stipulation is signed by both parties to this action, and clearly indicates that the dismissal is to be without prejudice. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own attorney's fees and costs unless otherwise provided. All pending motions are **DENIED AS MOOT** and the Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this __22__ day of February, 2012.

                                              DONALD M. MIDDLEBROOKS
                                              UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record